UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVA R. BATES,

    Plaintiff,

vs.

Case No. 06-CV-11153
HON. GEORGE CARAM STEEH

MARC P. JERABEK, et al.,

    Defendants.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION (#3)

Plaintiff Eva Bates, appearing pro per, moves for reconsideration of this court's March 30, 2006 Order dismissing her claims as attenuated, unsubstantiated, frivolous, devoid of merit, and no longer open to discussion. Apple v. Glenn, 183 F.3d 477, 479 (6th Cir. 1999). Bates has failed to demonstrate a palpable defect by which the court and the parties have been mislead, or that correction of a palpable defect would result in a different disposition of the case. E.D. Mich. LR 7.1(g)(3). Accordingly,

Bates' motion for reconsideration is hereby DENIED. Bates' attempt to file an amended complaint is hereby DENIED as MOOT.

SO ORDERED.

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated: April 10, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on April 10, 2006, by electronic and/or ordinary mail.

s/Josephine Chaffee
Secretary/Deputy Clerk